**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SERGIO GARCIA NICOLAS, | Case No. 2:26-cv-00100-APG-MDC |
| Petitioner, | **ORDER TRANSFERRING CASE** |
| v. | |
| JOHN MATTOS, *et al.*, | |
| Respondents. | |

This Petition for Writ of Habeas Corpus is related to a putative class action pending before Judge Boulware in Case No. 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:26-cv-00100-APG-MDC to the judge to whom the earliest-filed action is assigned for all further proceedings.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:26-cv-00100-APG-MDC to Judge Richard F. Boulware, II.

///

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this matter to Case No. 2:25-cv-02136-RFB-MDC.

**DATED:** January 20, 2026.

_____    _____
**RICHARD F. BOULWARE, II**    **ANDREW P. GORDON**
UNITED STATES DISTRICT JUDGE    CHIEF UNITED STATES DISTRICT JUDGE