AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

**Sergio Garcia Nicolas**

JUDGMENT IN A CIVIL CASE

Petitioner,

v.

Case Number **2:26-cv-00100-RFB-M**

**John Mattos, et al.,**

Respondents.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**JUDGMENT is in favor the petitioner and against the Respondents.  Petition for writ of Habeas Corpus is granted.**

Date: <u>February 24, 2026</u>

DEBRA K. KEMPI
Clerk



/s/ Wayne Julian
Deputy Clerk